

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-18-00745-CV

Jennifer A. **LEMMER** and Andrew J. Luck,
Appellant

v.

**SAN FRANCISCO FEDERAL CREDIT UNION**; TK Credit Recovery; Smith &
Associates; Eric Llewellyn Kaasa, individually and as president of TK Credit Recovery;
and Bret A. Yaple, individually and as legal counsel of TK Credit Recovery,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07292
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

On May 13, 2019, appellants filed motions to refer this appeal to alternative dispute resolution (ADR) and to stay this appeal pending the results of ADR. On May 21, 2019, appellees filed a response urging us to deny the motions. On May 22, 2019, appellants filed replies to appellees' response.

We have considered the motions, the response, and the replies filed by the parties. Appellants' motions to refer this appeal to ADR and to stay this appeal are DENIED. As previously ordered, appellants' brief is due on or before June 11, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.



Keith E. Hottle,
Clerk of Court